

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-14-00746-CV

**ALAMO HEIGHTS ISD,**
Appellant

v.

Catherine **CLARK,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19821
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file reply brief is hereby GRANTED. Appellant's reply brief is due on or before April 9, 2015.

It is so **ORDERED** on March 25, 2015.

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court